# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: FELICIA DIFUNTORUM  
1693 CHRYSLER DRIVE  
BELVIDERE, IL  61008  

SSN-xxx-xx-4022

Case Number: 07-71832

Case filed on: 8/1/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $5,796.50          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY HENRY REPAY | 2,074.00 | 2,074.00 | 1,800.00 | 0.00 |
|  | Total Legal | 2,074.00 | 2,074.00 | 1,800.00 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | REAL TIME RESOLUTIONS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RAY A. FERGUSON & ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | NATIONAL ACTION FINANCIAL SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CREDIT MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | BARONS CREDITORS SERVICES CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PREMIUM CREDIT CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | FFCC - COLUMBUS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | ACC INTERNATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | MILLENNIUM CREDIT CONSULTANTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | LAW OFFICES OF MITCHELL N. KAY P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ILLINOIS DEPARTMENT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | FELICIA DIFUNTORUM | 0.00 | 0.00 | 1,386.59 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,386.59 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 16,684.80 | 16,684.80 | 1,215.08 | 1,072.84 |
| 004 | REAL TIME RESOLUTIONS, INC. | 2,873.93 | 2,873.90 | 0.00 | 0.00 |
| 006 | HOME LOAN SERVICES INC | 17,864.45 | 0.00 | 0.00 | 0.00 |
| 008 | OAKBROOK WOODS CONDOMINIUM HOMEOWNERS | 800.00 | 800.00 | 0.00 | 0.00 |
| 009 | CAROLYNN G. KNOX | 2,514.00 | 2,514.00 | 0.00 | 0.00 |
|  | Total Secured | 40,737.18 | 22,872.70 | 1,215.08 | 1,072.84 |
| 001 | CAPITAL ONE AUTO FINANCE | 20.00 | 20.00 | 0.00 | 0.00 |
| 003 | CHRISTINE CHAPMAN | 2,740.00 | 2,740.00 | 0.00 | 0.00 |
| 011 | ACCOUNT RECOVERY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | ECMC | 21,780.32 | 21,780.32 | 0.00 | 0.00 |
| 014 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ASHFORD UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ASPIRE VISA GOLD | 1,043.23 | 1,043.23 | 0.00 | 0.00 |
| 017 | B-REAL LLC | 1,162.33 | 1,162.33 | 0.00 | 0.00 |
| 018 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | COMED | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PREMIER BANKCARD/CHARTER | 384.07 | 384.07 | 0.00 | 0.00 |
| 022 | HARRIS, NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ECAST SETTLEMENT CORPORATION | 1,896.40 | 1,896.40 | 0.00 | 0.00 |
| 026 | IOWA COLLEGE STUDENT AID COMMISSION | 656.00 | 656.00 | 0.00 | 0.00 |
| 027 | METROPOLITAN PROPERTY & CASUALTY INS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NATIONAL CITY BANK | 2,152.58 | 2,152.58 | 0.00 | 0.00 |
| 030 | NICOR GAS | 1,085.30 | 1,085.30 | 0.00 | 0.00 |
| 031 | PENTAGROUP FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ECMC | 3,475.02 | 3,475.02 | 0.00 | 0.00 |
| 033 | SCHAUMBURG DENTAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | STRAYER UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | TCF NATIONAL BANK IL | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | THE HC PROCESSING CENTER | 1,414.60 | 1,414.60 | 0.00 | 0.00 |
| 040 | T-MOBILE | 617.39 | 617.39 | 0.00 | 0.00 |
| 042 | TRIBUTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | UNITED CASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | AFNI/VERIZON | 88.84 | 88.84 | 0.00 | 0.00 |
| 047 | ECMC | 2,261.01 | 2,261.01 | 0.00 | 0.00 |
| 048 | ASPIRE VISA | 372.94 | 372.94 | 0.00 | 0.00 |
| 049 | ASPIRE VISA GOLD | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 050 | ASPIRE VISA GOLD | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | AFNI/VERIZON WIRELESS | 554.64 | 554.64 | 0.00 | 0.00 |
| | Total Unsecured | 41,704.67 | 41,704.67 | 0.00 | 0.00 |
| | Grand Total: | 84,515.85 | 66,651.37 | 4,401.67 | 1,072.84 |

Total Paid Claimant:   $5,474.51
Trustee Allowance:   $321.99
Percent Paid Unsecured:   0.00

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan